

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00010-CV

———————————————

AGILIGHT, INC., Appellant

V.

LISETTE MANNING, Appellee

———————————————

On Appeal from the 352nd District Court
Tarrant County, Texas
Trial Court No. 352-330881-21

———————————————

Before Womack, Wallach, and Walker, JJ.
Memorandum Opinion by Justice Womack

**MEMORANDUM OPINION**

Appellant Agilight, Inc. attempts to appeal from the trial court's final judgment signed on December 8, 2022. Agilight's notice of appeal was due January 9, 2023. *See* Tex. R. App. P. 26.1. But Agilight did not file its notice of appeal until January 10, 2023, making it untimely.[1] *See id.*

On January 10, 2023, we notified the parties by letter of our concern that we lack jurisdiction over this appeal because the notice of appeal was untimely. *See id.* We warned that we could dismiss this appeal for want of jurisdiction unless Agilight or any party wanting to continue the appeal filed a response by January 20, 2023, showing a reasonable explanation for the late filing of the notice of appeal. *See* Tex. R. App. P. 10.5(b), 26.3(b), 42.3(a), 43.2(f). We have received no response.

The time for filing a notice of appeal is jurisdictional in this court, and without a timely filed notice of appeal or a timely filed extension request, we must dismiss the appeal. *See* Tex. R. App. P. 2, 25.1(b), 26.1, 26.3; *Jones v. City of Houston*, 976 S.W.2d 676, 677 (Tex. 1998); *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). A motion for extension of time is necessarily implied when, as here, an appellant acting in good faith files a notice of appeal beyond the time allowed by Rule 26.1 but within the 15-day period in which the appellant would be entitled to move to extend the filing deadline under Rule 26.3. *See Jones*, 976 S.W.2d at 677; *Verburgt*, 959 S.W.2d at 617; *see*

---

[1]Although the phrase, "Dated: January 9, 2023," appears on the notice of appeal, it was not filed until January 10, 2023.

*also* Tex. R. App. P. 26.1, 26.3. But even when an extension motion is implied, the appellant still must reasonably explain the need for the extension. *See Jones*, 976 S.W.2d at 677; *Verburgt*, 959 S.W.2d at 617.

Because Agilight's notice of appeal was untimely and because Agilight did not provide a reasonable explanation for needing an extension, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f); *Green v. Green*, No. 02-22-00221-CV, 2022 WL 2978606, at *1 (Tex. App.—Fort Worth July 28, 2022, no pet.) (mem. op.).

/s/ Dana Womack

Dana Womack
Justice

Delivered: February 2, 2023